In the Matter of the Probate of the Will of WLADYSLAW ZLOTNIK, Deceased. KAROLINA ZLOTNIK, Appellant; ABRAHAM R. KUSHNER, as Executor of WLADYSLAW ZLOTNIK, Deceased, et al., Respondents.— Decree affirmed, without costs of this appeal to either party. All concur. (Appeal from a decree of Niagara Surrogate's Court disallowing a claim and adjudging that the widow of decedent has no right of election.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

■

NEWTON D. BARTLE, as Trustee in Bankruptcy of WESTERLEA BUILDERS, INC., Appellant, v. HOME OWNERS COOPERATIVE, INC., Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Onondaga Equity Term, dismissing the complaint in an action to compel a corporation to meet the obligations of its subsidiary.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ. [See *post*, p. 1217.]

■

In the Matter of ROBERT BOASBERG, Petitioner, against WILLIAM H. MUNSON, as Justice of the Supreme Court of the State of New York, Respondent.— Motion granted to the extent of striking out paragraphs 7 and 8 and that portion of paragraph 9 to which the objection is directed by the motion; motion insofar as it seeks to strike from the return respondent's Exhibit " A ", being a transcript of the testimony taken upon the trial, denied. Memorandum: We feel that we may consider the evidence in the case insofar as it bears upon the charge made and whether or not the charge as made justifies a general exception thereto.

## (April 27, 1955.)

■

ELLEN K. BLODGETT, Respondent, v. ROY A. BLODGETT, Appellant.— Interlocutory judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from an interlocutory judgment of Onondaga Equity Term for plaintiff in an action to dissolve a partnership and for an accounting.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

MAYNARD RANKE, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31714.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of the Court of Claims, dismissing a claim for damages for false arrest and malicious prosecution.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ. [206 Misc. 569.]

■

FRANK HUTTER, Appellant, v. ROCHESTER TRUCK RENTAL, INC., Respondent. — Judgment and order affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Monroe Trial Term for defendant for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.